No. 10-6103. Terrence Ruben Shead, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1009, 131 S. Ct. 516, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8483.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-6111. John W. Mann, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 1009, 131 S. Ct. 517, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8533.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 360 Fed. Appx. 31.

No. 10-6113. Luis Phillip Ponce, Petitioner v. T. Felker, Warden.

562 U.S. 1009, 131 S. Ct. 521, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8605.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 606 F.3d 596.

No. 10-6122. Deborah Kay Stout, Petitioner v. Wendy Hobbs, Warden.

562 U.S. 1009, 131 S. Ct. 517, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8465,

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

382

No. 10-6124. Yolanda Ayala-Carranza, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 1009, 131 S. Ct. 518, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8607.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-6125. Timothy Thomas Eubanks, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1009, 131 S. Ct. 518, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8563,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-6127. Ketan Patel, Petitioner v. Testpak, Inc.

562 U.S. 1010, 131 S. Ct. 520, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8570.

November 1, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.